UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

BEKMAMET ALISHEROV,                          )
(A 246 842 660)                              )
                                             )
     Petitioner,                             )
                                             )
v.                                           )
                                             )
                                             )    Case No.   1:26-cv-0197 SEC P
KRISTI NOEM, Secretary, U.S. Department of   )
Homeland Security; WARDEN, Winn Correctional )
Center, and Mellissa HARPER, Field Office    )
Director, New Orleans Field Office, Immigration )
and Customs Enforcement.                     )
     Respondents.                            )

## ORDER

HAVING reviewed the Motion to Appear Pro Hac Vice, and for Waiver, and having considered the evidence, the Court hereby GRANTS the motion. Attorney Brittni Rivera is permitted to appear on behalf of Petitioner.

     IT IS SO ORDERED.

JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE